**STATE of Missouri, Respondent,**

v.

**Demetrius LOTT, Appellant.**

**No. ED 103416**

Missouri Court of Appeals, Eastern District, **DIVISION ONE.**

Filed: November 8, 2016

Matthew Huckeby, Asst. Public Defender, Office of the Missouri Public Defender, St. Louis, MO, for Appellant.

Chris Koster, Attorney General, Coleete Neuner, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

## ORDER

PER CURIAM.

Demetrius Lott appeals the judgment entered upon a jury verdict convicting him of one count of first-degree statutory sodomy. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 30.25(b).